## Commonwealth *v.* Nicastro, Appellant.

Submitted March 17, 1975.

*Reggie B. Walton, Andrea Commaker Levin,* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *William G. Chadwick, Jr., Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

## Commonwealth *v.* Palesano, Appellant.

Submitted March 17, 1975.

*Bruce A. O'Neill,* for appellant; *William A. Richardson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.